**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1041**

In re: RENE JHOVANY RODRIGUES BUSTOS,

Petitioner.

On Petition for Writ of Habeas Corpus.

Submitted: March 13, 2018                                   Decided: March 16, 2018

Before NIEMEYER, KING, and WYNN, Circuit Judges.

Petition dismissed by unpublished per curiam opinion.

Rene Jhovany Rodrigues Bustos, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rene Jhovany Rodrigues Bustos has filed an original petition for a writ of habeas corpus, seeking release from jail and dismissal of indictments issued against him in Wake County, North Carolina. We ordinarily decline to entertain original habeas corpus petitions under 28 U.S.C. § 2241 (2012), and this case presents no reason to depart from this practice. Because Bustos appears to be awaiting trial in Wake County and has not exhausted remedies available to him in North Carolina state courts, we conclude that the interests of justice would not be served by transferring this case to the district court. *See* 28 U.S.C. §§ 1631, 2241(b) (2012); Fed. R. App. P. 22(a). Accordingly, we deny leave to proceed in forma pauperis and dismiss the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*